884

No. 09–11493. STASZ v. GONZALEZ, CHAPTER 7 TRUSTEE. C. A. 9th Cir. Certiorari denied.

No. 09–11495. CARRASCO-RIVERA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 09–11497. ROBINSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09–11498. SIMS v. HOUSTON, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 8th Cir. Certiorari denied.

No. 09–11499. COCHRAN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 09–11500. MUNGRO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09–11502. KESSLER v. PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY. Ct. App. Ore. Certiorari denied.

No. 09–11503. JOHNSON v. KOVACHEVICH, JUDGE, UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–11504. JONES v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 09–11505. DOSS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 09–11506. PEREZ-OCHOA, AKA PEREZ-SOTO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 09–11507. NOBLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 09–11508. PURNELL v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.